# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: WILLIAMS, CLARENCE § Case No. 14-40692

§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $35,235.00
*(without deducting any secured claims)*

Assets Exempt: $26,700.00

Total Distribution to Claimants: $41,013.97

Claims Discharged
Without Payment: $15,604.47

Total Expenses of Administration: $43,986.03

3)  Total gross receipts of $      100,000.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      15,000.00  (see **Exhibit 2**), yielded net receipts of  $85,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $63,496.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,986.03 | 43,986.03 | 43,986.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,474.00 | 45,075.44 | 45,075.44 | 41,013.97 |
| **TOTAL DISBURSEMENTS** | $83,970.00 | $89,061.47 | $89,061.47 | $85,000.00 |

4)  This case was originally filed under Chapter 7 on November 10, 2014. The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2017            By:  /s/Ira Bodenstein
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim for slip and fall on resid | 1229-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | $100,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clarence Williams | Order approving payment entered 5/10/16 Dkt # 41 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alphera Financial Services | 4110-000 | 51,640.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 11,856.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $63,496.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Ira Bodenstein | 2200-000 | N/A | 14.30 | 14.30 | 14.30 |
| Conway Law Office P.C. | 3210-000 | N/A | 33,000.00 | 33,000.00 | 33,000.00 |
| Conway Law Office P.C. | 3220-000 | N/A | 3,281.63 | 3,281.63 | 3,281.63 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 76.83 | 76.83 | 76.83 |
| Rabobank, N.A. | 2600-000 | N/A | 53.02 | 53.02 | 53.02 |
| Rabobank, N.A. | 2600-000 | N/A | 60.25 | 60.25 | 60.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $43,986.03 | $43,986.03 | $43,986.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance | 7100-000 | 8,931.00 | 9,008.59 | 9,008.59 | 7,953.45 |
| 2 | BMW Financial Services NA, LLC | 7100-000 | N/A | 25,667.37 | 25,667.37 | 22,661.04 |
| NOTFILED | Mercy Physician Billing c/o Medical Business Bureau | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Orthopedic Associates | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | Emp of Chicago, LLC | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 678.00 | N/A | N/A | 0.00 |
| NOTFILED | Acceptance Now | 7100-000 | 3,769.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Municipal Employees C.U. | 7100-000 | 6,478.00 | N/A | N/A | 0.00 |
| NOTFILED | D K Island Terrace c/o Rent Recover LLC | 7100-000 | 181.00 | N/A | N/A | 0.00 |
| | Coughlan Law LLC | 7100-000 | N/A | 10,399.48 | 10,399.48 | 10,399.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,474.00 | $45,075.44 | $45,075.44 | $41,013.97 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40692

**Case Name:** WILLIAMS, CLARENCE

**Period Ending:** 01/10/17

**Trustee:** (330129)    Ira Bodenstein

**Filed (f) or Converted (c):** 11/10/14 (f)

**§341(a) Meeting Date:** 12/22/14

**Claims Bar Date:** 06/12/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Chase Bank<br>  Orig. Description: Checking Account Chase Bank;<br>Imported from Amended Doc#: 20 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | T.V., & Furniture<br>  Orig. Description: T.V., & Furniture; Imported from<br>Amended Doc#: 20 | 500.00 | 100.00 | | 0.00 | FA |
| 3 | Normal Apparel<br>  Orig. Description: Normal Apparel; Imported from<br>Amended Doc#: 20; Exemption: Normal Apparel Life<br>Insurance Policies Term<br>215 ILCS 5/238                          0.00<br>0.00 Interests in IRA, ERISA, Keogh, or Other Pension<br>or Profit Sharing Plans  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Life Insurance Policies Term Death Benefit Only<br>  Orig. Description: Life Insurance Policies Term<br>Death Benefit Only; Imported from Amended Doc#: 20 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | ERISA Qualified 401(k)<br>  Orig. Description: ERISA Qualified 401(k); Imported<br>from Amended Doc#: 20; Exemption: ERISA Qualified<br>401(k)  -  Amount: 5000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Income tax refund expected for tax year 2014; (D  (u)<br>  Orig. Description: Income tax refund expected for tax<br>year 2014; (Debtor was off work for 4 1/2 months in<br>2014); Imported from Amended Doc#: 20; Exemption:<br>Income tax refund expected for tax year 2014; (Debtor<br>was off work for 4 1/2 months in 2014)  -  Amount:<br>4000.00 | 4,990.00 | 0.00 | | 0.00 | FA |
| 7 | Personal injury claim for slip and fall on resid  (u)<br>  Orig. Description: Personal injury claim for slip and<br>fall on residential property; January 2014 Attorney<br>Mike Conway Valued at $100.000.00 by prior attorney,<br>before fees and medical paid.; Imported from<br>Amended Doc#: 20; Exemption: Personal injury claim<br>for slip and fall on residential property; January 2014<br>Valued at $100.000.00 by prior attorney, before fees<br>and medical paid.  -  Amount: 15000.00 | 33,000.00 | 85,000.00 | | 100,000.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-40692
**Case Name:** WILLIAMS, CLARENCE

**Period Ending:** 01/10/17

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 11/10/14 (f)
**§341(a) Meeting Date:** 12/22/14
**Claims Bar Date:** 06/12/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 8 | 2013 Chrysler Town & Country - 16K Miles Alphera<br>    Orig. Description: 2013 Chrysler Town & Country -<br>16K Miles Alphera Financial Service Secured Lien<br>$51,640; Imported from Amended Doc#: 20; Lien: 6/13<br>- 8/14<br>Purchase Money Security<br>2013 Chrysler Town & Country - 16K<br>Miles<br>Secured Lien $51,640<br>Value $ Alphera Financial Service<br>21450 - Amount: 51640.00 | 21,450.00 | 0.00 | | 0.00 | FA |
| 9 | All Financial 2007 Chevy Trailblazer Secured Lie<br>    Orig. Description: All Financial 2007 Chevy<br>Trailblazer Secured Lien $11,856; Imported from<br>Amended Doc#: 20; Exemption: All Financial 2007<br>Chevy Trailblazer Secured Lien $11,856  - Amount:<br>2400.00; Lien: 5/12 - 8/14<br>Purchase Money Security<br>All Financial<br>Secured Lien $11,856<br>Value $ 2007 Chevy Trailblazer<br>2995 - Amount: 11856.00 | 2,995.00 | 0.00 | | 0.00 | FA |
| 9   **Assets**   **Totals** (Excluding unknown values) | **$68,235.00** | **$85,100.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2016- Motion to Approve compromise of claim for $100,000 filed and set for May,10,2016

4/20/2015- Motion to retain special counsel to pursue P.I. claim filed for 4/22/15 hearing

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015       **Current Projected Date Of Final Report (TFR):**   October 18, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-40692
**Case Name:** WILLIAMS, CLARENCE

**Taxpayer ID #:** **-***3833
**Period Ending:** 01/10/17

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/16 | {7} | Travelers | Settlement payment order entered 5/10/16 Dkt # 41 | 1229-000 | 100,000.00 | | 100,000.00 |
| 06/07/16 | 101 | Conway Law Office P.C. | Allowed contingency fee per order dted 5/10/16 Dkt # 41 | 3210-000 | | 33,000.00 | 67,000.00 |
| 06/07/16 | 102 | Conway Law Office P.C. | Allowed  expenses per order dted 5/10/16 Dkt # 41 | 3220-000 | | 3,281.63 | 63,718.37 |
| 06/07/16 | 103 | Coughlan Law LLC | Payment approved by order dted 5/10/16 Dkt # 41 | 7100-000 | | 10,399.48 | 53,318.89 |
| 06/07/16 | 104 | Clarence Williams | Order approving payment entered 5/10/16 Dkt # 41 | 8100-002 | | 15,000.00 | 38,318.89 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.83 | 38,242.06 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.02 | 38,189.04 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.25 | 38,128.79 |
| 11/19/16 | 105 | Ira Bodenstein | Dividend paid 100.00% on $14.30, Trustee Expenses;  Reference: | 2200-000 | | 14.30 | 38,114.49 |
| 11/19/16 | 106 | Ira Bodenstein | Dividend paid 100.00% on $7,500.00, Trustee Compensation;  Reference: | 2100-000 | | 7,500.00 | 30,614.49 |
| 11/19/16 | 107 | Capital One Auto Finance | Dividend paid  88.28% on $9,008.59; Claim# 1; Filed: $9,008.59; Reference: XXXXXXXXX8659 | 7100-000 | | 7,953.45 | 22,661.04 |
| 11/19/16 | 108 | BMW Financial Services NA, LLC | Dividend paid  88.28% on $25,667.37; Claim# 2; Filed: $25,667.37; Reference: | 7100-000 | | 22,661.04 | 0.00 |

|  |  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | **100,000.00** | **100,000.00** | |
| | Less: Payments to Debtors | | | 15,000.00 | |
| | **NET Receipts / Disbursements** | | **$100,000.00** | **$85,000.00** | |

| Net Receipts : | 100,000.00 |
|---|---|
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $85,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5866** | **100,000.00** | **85,000.00** | **0.00** |
| | **$100,000.00** | **$85,000.00** | **$0.00** |

{} Asset reference(s)